**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-7111

LAMAR CANNADY,

       Plaintiff - Appellant,

    v.

MATTHEW SCHOFIELD, Public Defender, in his individual and official capacity; PUBLIC DEFENDER OFFICE-ADVOCATE OFFICE, County of Polk, in its official capacity; COUNTY OF POLK, State of North Carolina funded, in its official capacity; POLK COUNTY BOARD OF SUPERVISORS, in its official capacity,

       Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Kenneth D. Bell, District Judge.  (1:23-cv-00168-KDB)

Submitted:  February 27, 2024                          Decided:  March 1, 2024

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lamar Cannady, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lamar Cannady appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Cannady v. Schofield*, No. 1:23-cv-00168-KDB (W.D.N.C. Sept. 29, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*